Tyrone HURT, Plaintiff–Appellant,

and

ACLU, of New York City; International Criminal Court; International Peace Court, Plaintiffs,

v.

BALTIMORE MARYLAND, Chief of Police, and all law enforcement officers; New York City, Chief of Police, and all law enforcement officers, Defendants–Appellees.

No. 15–2325.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2016.

Decided: Feb. 22, 2016.

Tyrone Hurt, Appellant Pro Se.

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order dismissing this civil action under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and conclude that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Hurt v. Baltimore, Md., Chief of Police,* No. 5:15–cv–00320–BO (E.D.N.C. Oct. 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*